UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARYLAND CASUALTY CO., et al.,  )<br>  )<br>  Plaintiffs,  )<br>  )<br>  vs.  )<br>  )<br>IRONSHORE SPECIALTY INS. CO.,  )<br>  )<br>  Defendant.  )<br>_____ ) | Case No.: 2:16-cv-00186-MCE-AS<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

The Court, having considered the stipulation of the parties to dismiss the case with prejudice [Dkt. No. 13] and good cause appearing, orders as follows:

This case is dismissed in its entirety with prejudice with all parties bearing their own fees and costs. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: September 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE